UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD RAY BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-0203-CDP |
| | ) |
| GENE STUBBLEFIELD, | ) |
| | ) |
| Defendants. | ) |

## ORDER AND MEMORANDUM

This matter is before the Court upon plaintiff's Response and Objection to Courts [sic] Order and Memorandum [Doc. #10]. Plaintiff objects to the Court's Order of July 12, 2005, stating that the Court committed a miscarriage of justice by denying the motions of other parties to join this cause of action and by dismissing plaintiff's conditions of confinement claims.

The Court carefully considered plaintiff's claims before it issued its Order and Memorandum of July 12, 2005. Plaintiff's objection is an attempt to rehash previously rejected claims and to reargue issues already decided by the Court. Plaintiff has offered nothing new, and the Court finds no reason to reverse its findings regarding plaintiff's claims.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's Response and Objection to Courts [sic] Order and Memorandum [Doc. #10] be **DENIED**.

Dated this 27th day of July, 2005.

_____
**UNITED STATES DISTRICT JUDGE**